**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | CASE NO. 15-49932-MAR |
| JILLIAN MIRANDA PHILLIPS | JUDGE MARK A RANDON |
| Debtor. | |
| _____/ | |

### ORDER ADJOURNING HEARING

This matter having come on for hearing on __9/30/15__, regarding *[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☑  Confirmation of Plan.

The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS HEREBY ORDERED** that:
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☑  The above referenced matter is adjourned to 11/18/15 @ 11:00 am.

☑  Debtor shall file and serve amended matrix on or before 10/28/15.

☑  Debtor shall provide Trustee with 3 recent pay stubs showing change in withholdings on or before10/28/15.

**IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

| | |
|---|---|
| /s/Margaret Conti Schmidt | /s/Latoya Larkin |
| KRISPEN S. CARROLL (P49817) | (P 71569) |
| Chapter 13 Trustee | Attorney for Debtor |
| MARGARET CONTI SCHMIDT (P42945) | KOSTOPOULOS & ASSOCIATES |
| MARIA GOTSIS (P67107) | THE FRESH START CENTER PLLC |
| 719 Griswold Street | 31201 CHICAGO ROAD SOUTH |
| 1100 Chrysler House | SUITE C-102 |
| Detroit, MI 48226 | WARREN, MI  48093-0000 |
| (313) 962-5035 | (586) 574-0916 |
| notice@det13ksc.com | lawfirmoffices@yahoo.com |

.

**Signed on October 03, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　___/s/ Mark A. Randon_ __
　　　　　　　　　　　　　　　　　　　　　　　　**Mark A. Randon**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**